Kevin BROWN, Plaintiff–Appellee,

v.

Gheorge IONESCU, Defendant–Appellant.

Docket No. 04–5558–PR.

United States Court of Appeals, Second Circuit.

Aug. 15, 2005.

Joel A. Hirshfield, Wilson, Bave, Conboy, Cozza & Couzens, P.C., White Plains, NY, for Appellant.

Brendan Chao, Chao & Edelson, L.L.C., New York, NY, for Appellee.

Present: POOLER, SOTOMAYOR, Circuit Judges, and KORMAN, District Judge.*

## SUMMARY ORDER

Dr. Gheorge Ionescu appeals from an order of the district court granting him partial summary judgment dismissing a portion of plaintiff Kevin Brown's complaint. Ionescu contends that all of Brown's claims should have been dismissed. He claims that appellate jurisdiction exists under 28 U.S.C. § 1291. We assume the parties' familiarity with the facts, procedural history, and specification of appellate issues.

Because we lack appellate jurisdiction, we dismiss Ionescu's appeal. An order granting partial summary judgment is not final for purposes of 28 U.S.C. § 1291. *West v. Goodyear Tire & Rubber Co.*, 167 F.3d 776, 781 (2d Cir.1999). Moreover, the order appealed falls into none of the exceptions to the general principle that only final orders are appealable. *See* 28 U.S.C. §§ 1291, 1292(a),(b); *Whiting v. Lacara*, 187 F.3d 317, 320 (2d Cir.1999) (describing the collateral order exception).

Therefore, the appeal is dismissed.